# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Trenga, Anthony J. | U.S. District Court, ED VA | 06/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

401 Courthouse Square
Alexandria, VA 22314

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | Miller & Chevalier Retirement Plan, no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 06/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Virginia Bar Foundation | January 6 - 8, 2017 | Charlottesville, VA | Faculty, Annual National Trial Advocacy College | Lodging, meals, travel |
| 2. | American Bar Association | February 16 - 18, 2017 | Orlando, FL | Panelist, 2017 Corporate Counsel CLE Seminar | Lodging, meals, travel |
| 3. | American College of Trial Lawyers | April 7 - 9, 2017 | Charlottesville, VA | Panelist, ACTL Virginia State Meeting | Lodging, meals, registration fee |
| 4. | United States Agency for International Development (USAID) | April 24 - 30, 2017 | Tbilisi, Georgia | U.S. Representative, International Conference on Mediation and Judicial Evaluation | Lodging, meals, travel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 06/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 06/15/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #2 (IRA) (-508) | | | | | | | | | |
| 2. -GOODO preferred stock | B | Dividend | K | T | | | | | |
| 3. -Amer Express 025816BB4 | B | Interest | K | T | | | | | |
| 4. -Altria Group 02209SAJ2 | B | Interest | K | T | | | | | |
| 5. -Dow Chemical (260543BX0) (Taxable Bond) | A | Interest | J | T | | | | | |
| 6. -General Money Market (9989344) Deposit from a Qualified Plan | A | Interest | M | T | | | | | |
| 7. -GTE Corp (362320AT0) (Taxable Bond) | A | Interest | K | T | | | | | |
| 8. -Pitney Bowes (72447XAC1) (Taxable Bond) | A | Interest | | | Redeemed | 09/15/17 | K | | |
| 9. -Pepsico (PEP) | A | Dividend | K | T | | | | | |
| 10. -HSBC Taxable Bond (4042K1FE8) | B | Interest | K | T | | | | | |
| 11. -CVX | B | Dividend | K | T | | | | | |
| 12. -WFC | B | Dividend | L | T | Sold (part) | 10/19/17 | K | D | |
| 13. -GE | B | Dividend | | | Sold | 08/09/17 | K | B | |
| 14. -CSCO | A | Dividend | L | T | Buy (add'l) | 07/25/17 | K | | |
| 15. -AAPL | A | Dividend | L | T | Sold (part) | 06/09/17 | K | D | |
| 16. -WFC'J | B | Interest | K | T | | | | | |
| 17. -BKLN | A | Interest | | | Sold | 10/03/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 06/15/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -T | B | Interest | L | T | | | | | |
| 19. -TWX | A | Dividend | | | Sold | 04/20/17 | K | E | |
| 20. -DFS | A | Dividend | | | Sold | 08/01/17 | K | C | |
| 21. -IP | B | Dividend | | | Sold | 01/26/17 | K | D | |
| 22. -Royal Bank Canada Note A UDQ7 | A | Interest | K | T | | | | | |
| 23. -America Towers Note AB6 | A | Interest | K | T | | | | | |
| 24. -Bed, Bath & Beyond Note AA8 | A | Interest | K | T | | | | | |
| 25. -Cardinal Health Note AT5 | B | Interest | K | T | | | | | |
| 26. -Metlife Note BF4 | A | Interest | K | T | | | | | |
| 27. -ORCL | A | Dividend | K | T | | | | | |
| 28. -PNC'P | B | Dividend | K | T | | | | | |
| 29. -ABBVIE, Inc. | C | Dividend | L | T | | | | | |
| 30. -AFLAC, Inc. Note | A | Interest | K | T | | | | | |
| 31. -American Express Sub. Co. Note (-BK4) | A | Interest | K | T | | | | | |
| 32. -DIS | A | Interest | | | Sold | 05/16/17 | K | C | |
| 33. -XOM | A | Interest | K | T | | | | | |
| 34. -FDX | A | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 06/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -HOG | B | Dividend | | | Sold | 06/12/17 | K | C | |
| 36. -PG | B | Interest | | | Sold | 05/15/17 | K | D | |
| 37. -FEZ | B | Dividend | L | T | Buy (add'l) | 06/20/17 | J | | |
| 38. -Zimmer Hlogs Note (-E2) | A | Interest | K | T | | | | | |
| 39. -Macy's Retail HLDGS Note (-HO) | A | Interest | K | T | | | | | |
| 40. -Verizon Comm Note (-R4) | B | Interest | K | T | | | | | |
| 41. - Cigna Corp Note (-U2) | A | Interest | K | T | | | | | |
| 42. -BP Cap Markets Note (-Z9) | A | Interest | K | T | | | | | |
| 43. -ANF | B | Dividend | | | Sold | 08/22/17 | K | | |
| 44. -TGT | A | Dividend | | | Sold | 03/01/17 | K | | |
| 45. -UTX | A | Dividend | K | T | | | | | |
| 46. -HBI | B | Dividend | L | T | | | | | |
| 47. -ATT Note | A | Interest | K | T | | | | | |
| 48. -Time Warner Note | A | Interest | K | T | | | | | |
| 49. -USB | A | Dividend | | | Sold | 03/01/17 | K | D | |
| 50. -Express Scripts Holding SR. Note | B | Interest | K | T | | | | | |
| 51. -Dollar Store Note | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Berkshire Hathaway Note | A | Interest | K | T | | | | | |
| 53. -J.P. Morgan Chase SR. Note | A | Interest | K | T | | | | | |
| 54. -MRK | B | Dividend | L | T | | | | | |
| 55. -Nestle SA ADR (NSRGY) | A | Dividend | K | T | Buy | 01/03/17 | K | | |
| 56. -GiLead Sciences | A | Dividend | | | Buy | 01/17/17 | K | | |
| 57. | | | | | Sold | 09/08/17 | K | D | |
| 58. -ABB | B | Dividend | L | T | Buy | 03/10/17 | K | | |
| 59. -Neilsen Hldgs (NLSN) | B | Dividend | K | T | Buy | 03/20/17 | K | | |
| 60. -Goldman Sachs (GEM) | B | Dividend | L | T | Buy | 04/26/17 | L | | |
| 61. -Citigroup New (C) | A | Dividend | K | T | Buy | 06/22/17 | K | | |
| 62. -Verizon (VZ) | B | Dividend | K | T | Buy | 07/25/17 | K | | |
| 63. -Dr. Pepper Snapple (DPS) | B | Dividend | L | T | Buy | 09/21/17 | K | | |
| 64. | | | | | Buy (add'l) | 10/25/17 | K | | |
| 65. -Sherwin Williams (SHW) | A | Dividend | K | T | Buy | 09/22/17 | K | | |
| 66. -Dow Dupont (DWDP) | A | Dividend | K | T | Buy | 12/18/17 | K | | |
| 67. -Orange Spons (ORAN) | A | Dividend | K | T | Buy | 10/09/17 | K | | |
| 68. -Spirit Aerosystems (SPR) | A | Dividend | K | T | Buy | 11/21/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 06/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Celanese Series A (CE) | A | Dividend | K | T | Buy | 12/08/17 | K | | |
| 70. -US Bancorp DE New | A | Dividend | | | Sold | 03/01/17 | K | D | |
| 71. -United Health (-PCC4) | A | Interest | K | T | Buy | 07/24/17 | K | | |
| 72. -Ross Stores (-6AA1) | A | Interest | K | T | Buy | 07/25/17 | K | | |
| 73. Brokerage Account #3 (IRA) (-4017) | | | | | | | | | |
| 74. -Money Market (Robert W. Baird & Co.) | A | Interest | J | T | | | | | |
| 75. -WSHCX mutual fund | A | Dividend | | | Sold | 04/18/17 | K | C | |
| 76. -First Eagle Global C FESGX | A | Dividend | | | Sold | 04/18/17 | J | C | |
| 77. -Pimco Total Return C PTTCX | A | Dividend | | | Sold | 04/18/17 | J | | |
| 78. -GFACX | | None | | | Sold | 04/18/17 | J | A | |
| 79. -JSTCX | A | Interest | | | Sold | 04/18/17 | J | | |
| 80. -VEU | A | Dividend | J | T | Buy | 04/19/17 | J | | |
| 81. -IEFA | A | Dividend | J | T | Buy | 04/19/17 | J | | |
| 82. -IWM | A | Dividend | J | T | Buy | 04/19/17 | J | | |
| 83. -IWD | A | Dividend | J | T | Buy | 04/19/17 | J | | |
| 84. -IWF | A | Dividend | J | T | Buy | 04/19/17 | J | | |
| 85. -IWR | A | Dividend | J | T | Buy | 04/19/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -SPSB | A | Dividend | J | T | Buy | 04/19/17 | J | | |
| 87. -BIV | A | Dividend | J | T | Buy | 04/19/17 | J | | |
| 88. Brokerage Account #4 (-851) | | | | | | | | | |
| 89. -WFC | A | Dividend | K | T | | | | | |
| 90. -CSCO | A | Dividend | K | T | | | | | |
| 91. -AAPL | A | Dividend | K | T | | | | | |
| 92. -Money Market (Robert W. Baird & Company) | A | Interest | J | T | | | | | |
| 93. -AT&T (T) | C | Dividend | J | T | | | | | |
| 94. - NYC NY (Tax Exempt Bond) (-4A7) | B | Interest | K | T | | | | | |
| 95. -BRK/B common stock | | None | K | T | | | | | |
| 96. -GE common stock | B | Dividend | | | Sold | 08/09/17 | K | D | |
| 97. -JNJ common stock | B | Dividend | L | T | | | | | |
| 98. -First Eagle Global Fund A, 32008F-50-7, SGENX | A | Dividend | K | T | | | | | |
| 99. -BAC CPI (Taxable) (WBT6) | A | Interest | | | Redeemed | 05/03/17 | K | | |
| 100. -Fairfax, VA (Tax Exempt Bond) (WW1) | A | Interest | K | T | | | | | |
| 101. -NUV (Nuveen Municipal Value Fund) | A | Dividend | | | Sold | 01/09/17 | K | A | |
| 102. -Exxon (XOM) | B | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 06/15/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Pepsico (PEP) | B | Dividend | K | T | | | | | |
| 104.  -VA. ST. CLLG (Tax Exempt) (-XB5) | A | Interest | K | T | | | | | |
| 105.  -DFS | A | Dividend | | | Sold | 08/01/17 | K | B | |
| 106.  -PG | B | Dividend | | | Sold | 08/09/17 | K | C | |
| 107.  -ANF | A | Dividend | | | Sold | 01/09/17 | K | D | |
| 108.  -TWX | A | Dividend | | | Sold | 04/20/17 | K | D | |
| 109.  -USB | A | Dividend | | | Sold | 03/31/17 | K | C | |
| 110.  -UTX | A | Dividend | J | T | | | | | |
| 111.  -TGT | B | Dividend | | | Sold | 03/01/17 | K | | |
| 112.  - New York Bond (-MPMS) | A | Interest | K | T | | | | | |
| 113.  - New York Bond (-MPK9) | A | Interest | J | T | | | | | |
| 114.  - VA. CLLG (-VEH7) | A | Interest | K | T | Buy | 09/06/17 | K | | |
| 115.  - NSRGY | A | Dividend | K | T | Buy | 01/03/17 | J | | |
| 116.  -ORAN | A | Dividend | K | T | Buy | 10/09/17 | K | | |
| 117.  -FEZ | A | Dividend | K | T | Buy | 06/20/17 | K | | |
| 118.  -C | A | Dividend | J | T | Buy | 06/22/17 | J | | |
| 119.  Brokerage Account #6 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 06/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Morgan Stanley US Gov't Sec TR B Mutual Fund (USGBX) | A | Dividend | J | T | | | | | |
| 121. Janus7 Fund (JANSX) | A | Dividend | J | T | | | | | |
| 122. IBM common stock | A | Dividend | K | T | | | | | |
| 123. Dominion Resources Inc. common stock | B | Dividend | K | T | | | | | |
| 124. Navy Federal Credit Union (IRA #1) (CD) | A | Interest | J | T | | | | | |
| 125. Navy Federal Credit Union (IRA #2) (CD) | A | Interest | J | T | | | | | |
| 126. Navy Federal Credit Union (IRA #3) (CD) | A | Interest | J | T | | | | | |
| 127. Navy Federal Credit Union CD | B | Interest | M | T | | | | | |
| 128. Navy Federal Credit Union Accounts | B | Interest | K | T | | | | | |
| 129. Burke and Herbert Bank Account | A | Interest | J | T | | | | | |
| 130. Capitol One Bank Accounts, formerly Wachovia Bank Accounts | B | Interest | | | Closed | 06/30/17 | J | | |
| 131. Northwestern Mutual Joint Complife Insurance Policy (whole) | E | Dividend | O | T | | | | | |
| 132. SFT Holdings LLC Stock | | None | J | U | | | | | |
| 133. USAA S&P 500 Index Fund | A | Dividend | J | T | | | | | |
| 134. Robert W. Baird & Co. checking and cash management accounts | B | Interest | M | T | | | | | |
| 135. DRYFUSS money market accounts GGM 370375206 & GMA 370375107 | B | Interest | K | T | | | | | |
| 136. Brighthouse Life Insurance Policy (whole) | C | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 06/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(1) Vanguard Prime Money Market Fund (VMMXX) listed on Line 2 of the 2016 Report was sold on 11/15/2007 with a Value Code D(3) as A.

(2) Line 19 (GIM) of the 2016 Report was sold on 02/22/2016, with a the following values:  B(1); B(2); Dividend; D(3); K.

(3) Line 28 (PNC'P) was listed as PNCP on Line 38 of the 2016 Report.

(4) Line 46 (HBI) was listed on Line 49 as well as Line 63 of the 2016 Report.

(5) Line 70 (US Bancorp DE New) was purchased on 03/30/2016, but not listed on the 2016 Report.

(6) Line 104 (VA. ST. CLLG (-XB5) was listed on Line 98 of the 2016 Report as VA. ST. CLLG (-X85).

(7) Line 108 (TWX) was listed on Line 100 as well as Line 104 of the 2016 Report.

(8) Lines 112 and 113, New York Bonds (-MPMS and -MPK9) were purchased on 01/08/2009; Value Code D(3) is K for -MPMS and J for -MPK9.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Anthony J. Trenga**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544